AO 241 (Rev. 09/17)

**7-26CV-066-0**

## PETITION UNDER 28 U.S.C. § 2254 FOR WRIT OF
## HABEAS CORPUS BY A PERSON IN STATE CUSTODY

| United States District Court | District: *NORTHERN DIVISION* |
|---|---|
| Name (under which you were convicted): *Daniel Christopher Walsh* | Docket or Case No.: *53174-A* |
| Place of Confinement : *T.D.C.J. Pack Unit* | Prisoner No.: *02273970* |
| Petitioner (include the name under which you were convicted) *Daniel Christopher Walsh* | Respondent (authorized person having custody of petitioner) v. *C.I.D. ERic Guerrero T.D.C.J.* |
| The Attorney General of the State of: *TEXAS - KEN PAXTON* | |

**PETITION**

**FILED**

**June 10, 2026**

**KAREN MITCHELL**

**CLERK, U.S. DISTRICT COURT**

1.   (a) Name and location of court that entered the judgment of conviction you are challenging:

*30TH DISTRICT CouRT, Wichita Falls, Texas 900 7TH STREET, Room 360, Wichita Falls, Texas, 76301*

(b) Criminal docket or case number (if you know): *53174-A*

2.   (a) Date of the judgment of conviction (if you know): *JuLy 12, 2019*

(b) Date of sentencing: *JuLy 12, 2019*

3.   Length of sentence: *18 YeaRS*

4.   In this case, were you convicted on more than one count or of more than one crime?   ☐ Yes   ☒ No

5.   Identify all crimes of which you were convicted and sentenced in this case: *MONEY LAUNDERING Texas Penal Code*

6.   (a) What was your plea? (Check one)

☐   (1)   Not guilty          ☐   (3)   Nolo contendere (no contest)

☒   (2)   Guilty              ☐   (4)   Insanity plea

AO 241 (Rev. 09/17)

(b) If you entered a guilty plea to one count or charge and a not guilty plea to another count or charge, what did you plead guilty to and what did you plead not guilty to? *It Was a Plea deal of GuiLTY To money Laundering.*

(c) If you went to trial, what kind of trial did you have? (Check one)

☒ Jury    ☐ Judge only

7.    Did you testify at a pretrial hearing, trial, or a post-trial hearing?

☐ Yes    ☒ No

8.    Did you appeal from the judgment of conviction?

☐ Yes    ☒ No

9.    If you did appeal, answer the following:

(a) Name of court: *N/A*

(b) Docket or case number (if you know):

(c) Result:

(d) Date of result (if you know):

(e) Citation to the case (if you know):

(f) Grounds raised:

(g) Did you seek further review by a higher state court?    ☐ Yes    ☒ No

If yes, answer the following:

(1) Name of court:

(2) Docket or case number (if you know):

(3) Result:

AO 241 (Rev. 09/17)

(4) Date of result (if you know): _N/A_

(5) Citation to the case (if you know): _N/A_

(6) Grounds raised: _N/A_

(h) Did you file a petition for certiorari in the United States Supreme Court?    ☐ Yes    ☒ No

If yes, answer the following:

(1) Docket or case number (if you know): _N/A_

(2) Result: _N/A_

(3) Date of result (if you know): _N/A_

(4) Citation to the case (if you know): _N/A_

10.    Other than the direct appeals listed above, have you previously filed any other petitions, applications, or motions concerning this judgment of conviction in any state court?    ☒ Yes    ☐ No

11.    If your answer to Question 10 was "Yes," give the following information:

(a)    (1) Name of court: _COURT OF CRIMINAL APPEALS of TEXAS_

(2) Docket or case number (if you know): _WR 97-006-01_

(3) Date of filing (if you know): _September 18,2025, ~~12-31-25~~_

(4) Nature of the proceeding: _Highest Appeals Court in Texas_

(5) Grounds raised: _There were 8 grounds, including ineffective assistance of trial counsel and prosecutor misconduct not investigating elements or Business dealings in Joint Ventures pertaining to money Laundering charge; Due Process beyond a reasonable doubt, Plea deal was coerced, not Voluntary; Time barred by Statute of Repose, Documents withheld and not presented before trial, erroneous advice by Counsel, malice and improper handling of Case._

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

☐ Yes    ☒ No

(7) Result: _____

Page 4 of 16

AO 241 (Rev. 09/17)

(8) Date of result (if you know):     *N/A*

(b) If you filed any second petition, application, or motion, give the same information:

(1) Name of court:     *N/A*

(2) Docket or case number (if you know):

(3) Date of filing (if you know):

(4) Nature of the proceeding:

(5) Grounds raised:

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

☐ Yes     ☐ No

(7) Result:     *N/A*

(8) Date of result (if you know):

(c) If you filed any third petition, application, or motion, give the same information:

(1) Name of court:     *N/A*

(2) Docket or case number (if you know):

(3) Date of filing (if you know):

(4) Nature of the proceeding:

(5) Grounds raised:

AO 241 (Rev. 09/17)

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

☐ Yes    ☐ No

(7) Result: _____ NA _____

(8) Date of result (if you know): _____

(d) Did you appeal to the highest state court having jurisdiction over the action taken on your petition, application, or motion?

(1) First petition:    ☒ Yes    ☐ No

(2) Second petition:    ☐ Yes    ☐ No

(3) Third petition:    ☐ Yes    ☐ No

(e) If you did not appeal to the highest state court having jurisdiction, explain why you did not:

_____

_____

12. For this petition, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground. Any legal arguments must be submitted in a separate memorandum.

**CAUTION: To proceed in the federal court, you must ordinarily first exhaust (use up) your available state-court remedies on each ground on which you request action by the federal court. Also, if you fail to set forth all the grounds in this petition, you may be barred from presenting additional grounds at a later date.**

GROUND ONE: Ineffective Assistance of Trial Counsel, Sixth Amendment Right

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

Trial Counsel did not allow a key witness for defense to testify on an expert report and during trial turned the witness around and sent away and never put the expert witness report in the Court's record as evidence. Counsel failed to put up a defense and poorly investigated applicant's charges.

(b) If you did not exhaust your state remedies on Ground One, explain why: _____

_____

_____

_____

_____

_____

AO 241 (Rev. 09/17)

(c)    **Direct Appeal of Ground One:**

(1) If you appealed from the judgment of conviction, did you raise this issue?    ☐ Yes    ☒ No

(2) If you did not raise this issue in your direct appeal, explain why: _____

_____

_____

**(d) Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☒ Yes    ☐ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition:    *11.07 Writ of Habeas Corpus*

Name and location of the court where the motion or petition was filed:    *Court of Criminal Appeals of Texas, P.O. Box 12308, Capitol Station, Austin, Texas 78711*

Docket or case number (if you know):    *WR-97, 006-01*

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available):    *White Carded*

_____

(3) Did you receive a hearing on your motion or petition?    ☐ Yes    ☒ No

(4) Did you appeal from the denial of your motion or petition?    ☐ Yes    ☒ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?    ☐ Yes    ☒ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed:    *N/A*

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

*N/A*

_____

AO 241 (Rev. 09/17)

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground One: _11.07 WRit of Habeas_ _CoRPus._

**GROUND TWO:** _Prosecutorial Misconduct by not investigating Money laundering charge and evidence._

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

_The State's Attorney-Prosecutor did not disclose evidence Pertaining to defendant's case before Trial and there was an issue of Conflict of interest between State's attorney Prosecutor and defendant's attorney; and an expert Report and Witness testimony was not disclosed to the Trial court before Trial took Place or during Trial._

(b) If you did not exhaust your state remedies on Ground Two, explain why: _____

(c)    **Direct Appeal of Ground Two:**

(1) If you appealed from the judgment of conviction, did you raise this issue?    ☐ Yes   ☒ No

(2) If you did <u>not</u> raise this issue in your direct appeal, explain why: _____

(d)    **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☒ Yes   ☐ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: _11.07 WRit of habeas CoRPus_

Name and location of the court where the motion or petition was filed: _CouRT of CRiMiNaL APPEALS of Texas, P.O Box 12308, CAPitol STATioN, AustiN, Tx. 78711_

Docket or case number (if you know): _____

AO 241 (Rev. 09/17)

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available):    *White Carded*

_____

(3) Did you receive a hearing on your motion or petition?    ☐ Yes    ☒ No

(4) Did you appeal from the denial of your motion or petition?    ☐ Yes    ☒ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?    ☐ Yes    ☒ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

*N/A*

_____

(e)    **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Two :    *11.07 Writ of habeas Corpus*

_____

**GROUND THREE:**    *Denied due Process by Proof to back up guilt beyond a Reasonable doubt*

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

*Defendant was charged with $200,000.00 or more as Money Laundering, and an issue during Trial was Raised of $40,000.00 Pertaining to alleged victim Lars Gravaas and This is beyond a Reasonable doubt of guilt as Per evidence not Presented at Trial.*

AO 241 (Rev. 09/17)

(b) If you did not exhaust your state remedies on Ground Three, explain why: _____

_____

_____

(c)    **Direct Appeal of Ground Three:**

(1) If you appealed from the judgment of conviction, did you raise this issue?    ❑ Yes    ☒ No

(2) If you did not raise this issue in your direct appeal, explain why: _____

_____

(d)    **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☒ Yes    ❑ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: _11.07 Writ of Habeas Corpus_

Name and location of the court where the motion or petition was filed: _Court of Criminal Appeals of Texas, P.O. Box 12308 Capitol Station, Austin, Texas, 78711._

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _White Carded'_

_____

(3) Did you receive a hearing on your motion or petition?    ❑ Yes    ☒ No

(4) Did you appeal from the denial of your motion or petition?    ❑ Yes    ☒ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?    ❑ Yes    ☒ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

_____

Docket or case number (if you know): _N/A_

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

AO 241 (Rev. 09/17)

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

_____

_____

_____

(e)    **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Three: *11.07 WRit of habeas CoRPus*

_____

**GROUND FOUR:** *The State's Courts did not follow The Rules of Law and Constitution and was unreasonable*

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

*During defendant's 11.07 WRit, The CouRT of CRiminal APPEALS of TEXAS did entirely fail to aPPly The law PeRtaining To the Rights under the United States Constitution, Sixth Amendment, and The aPPeals Court Ruling of Denial of defendant's claims was ContRaRy To oR involved an unreasonable aPPlication of SuPreme CouRT Precedents.*

(b) If you did not exhaust your state remedies on Ground Four, explain why: *aPPlicant did not Raise The issue on a ground on his 11.07 WRit, because the issue was not Known until he was denied Relief, but did file a Request foR Reconsideration of denied Relief, but it was not considered by the Criminal aPPeals CourT.*

(c)    **Direct Appeal of Ground Four:**

(1) If you appealed from the judgment of conviction, did you raise this issue?    ☐ Yes    ☒ No

(2) If you did not raise this issue in your direct appeal, explain why: _____

_____

(d)    **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☒ Yes    ☐ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: *Motion for Reconsideration of Denial*

Page 11 of 16

AO 241 (Rev. 09/17)

Name and location of the court where the motion or petition was filed: *Court of Criminal Appeals of Texas, P.O. Box 12308, Capitol Station, Austin, TX 78711*

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

(3) Did you receive a hearing on your motion or petition?    ☐ Yes    ☒ No

(4) Did you appeal from the denial of your motion or petition?    ☐ Yes    ☒ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?    ☐ Yes    ☒ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: *Court of Criminal Appeals of Texas, P.O. Box 12308, Capitol Station, Austin, Texas, 78711*

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): *'White Carded'*

_____

_____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue: *N/A*

_____

_____

_____

_____

(e)    **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Four: *11.07 Writ of habeas Corpus, but never Ruled on after being denied 11.07 Relief by the Court of Criminal Appeals of Texas, as a "motion for Reconsideration of Applicant's Constitutional Rights"*

AO 241 (Rev. 09/17)

13.    Please answer these additional questions about the petition you are filing:

   (a)    Have all grounds for relief that you have raised in this petition been presented to the highest state court

   having jurisdiction?    ☒ Yes        ☐ No

   If your answer is "No," state which grounds have not been so presented and give your reason(s) for not

   presenting them:    _____

   _____

   _____

   _____

   (b)    Is there any ground in this petition that has not been presented in some state or federal court?  If so, which

   ground or grounds have not been presented, and state your reasons for not presenting them:

   _____

   _____

   _____

14.    Have you previously filed any type of petition, application, or motion in a federal court regarding the conviction

   that you challenge in this petition?        ☐ Yes        ☒ No

   If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, the issues

   raised, the date of the court's decision, and the result for each petition, application, or motion filed.  Attach a copy

   of any court opinion or order, if available.    _____

   _____

   _____

   _____

   _____

   _____

   _____

15.    Do you have any petition or appeal now pending (filed and not decided yet) in any court, either state or federal, for

   the judgment you are challenging?        ☐ Yes        ☒ No

   If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues

   raised.    _____

   _____

   _____

   _____

Page 13 of 16

AO 241 (Rev. 09/17)

16.    Give the name and address, if you know, of each attorney who represented you in the following stages of the

judgment you are challenging:

(a) At preliminary hearing:    Robert Estrada, Wichita Falls, Texas, Holly Gail Crampton, address unknown, Susan Cecilia Norman, Houston, Texas

(b) At arraignment and plea:    Robert Estrada, Holly Gail Crampton, Susan Cecilia Norman.

(c) At trial:    Robert Estrada, Holly Gail Crampton, Susan Cecilia Norman.

(d) At sentencing:    Robert Estrada, Holly Gail Crampton, Susan Cecilia Norman.

(e) On appeal:    None

(f) In any post-conviction proceeding:    None

(g) On appeal from any ruling against you in a post-conviction proceeding:    None

17.    Do you have any future sentence to serve after you complete the sentence for the judgment that you are

challenging?    ☐ Yes    ☐ No

(a) If so, give name and location of court that imposed the other sentence you will serve in the future:

(b) Give the date the other sentence was imposed:

(c) Give the length of the other sentence:

(d) Have you filed, or do you plan to file, any petition that challenges the judgment or sentence to be served in the

future?    ☐ Yes    ☒ No

18.    TIMELINESS OF PETITION: If your judgment of conviction became final over one year ago, you must explain

why the one-year statute of limitations as contained in 28 U.S.C. § 2244(d) does not bar your petition.*

Petitioner was convicted in July 2019, was sent to T.D.C.J. in 2019, but was sent to 14 different units in T.D.C.J. since 2019, and had other ongoing issues, court proceedings, and went back to County Jail in 2019 for about 1 year, went back to T.D.C.J., went back to County Jail for about 6 months, went back to T.D.C.J. in 2022, went

AO 241 (Rev. 09/17)

Went back to County Jail for civil Trial in May 2023, went back to T.D.C.J after that. Petitioner spent a total over 2 years in County jail waiting for Court proceedings delayed by COVID. With that said, Petitioner had 'one bite at the apple' to file an 11.07 writ in State Court, and needed to understand what he was needing to address and set out grounds, This took time and did so with due diligence to file his 11.07. Applicant was denied his Right to effective assistance of Counsel and Due Process Constitutional Rights and had a large amount of documents/evidence never Presented at jury trial and denied his Right to a key expert Witness with his extensive Report to Testify at Trial. The Prosecuting attorney had to have known about the expert witness and the expert Report and never said anything to the trial Court, Judge. He did not have a copy of the expert Report while in T.D.C.J or County Jail and it took time to cover all bases for the fight of being denied his Constitutional Rights above and gives great detail of all issues in his Memorandum of Law. Petitioner is actually innocent of the money Laundering Conviction.

---

* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2244(d) provides in part that:

(1)    A one-year period of limitation shall apply to an application for a writ of habeas corpus by a person in custody  pursuant to the judgment of a State court.  The limitation period shall run from the latest of -

(A)    the date on which the judgment became final by the conclusion of direct review or the expiration of the time for seeking such review;

(B)    the date on which the impediment to filing an application created by State action in violation of the Constitution or laws of the United States is removed, if the applicant was prevented from filing by such state action;

(C)    the date on which the constitutional right asserted was initially recognized by the Supreme Court, if the right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or

(D)    the date on which the factual predicate of the claim or claims presented could have been discovered through the exercise of due diligence.

AO 241 (Rev. 09/17)

(2)    The time during which a properly filed application for State post-conviction or other collateral review with respect to the pertinent judgment or claim is pending shall not be counted toward any period of limitation under this subsection.

Therefore, petitioner asks that the Court grant the following relief: *Overturn Petitioner's Conviction of Money laundering and or a new Trial.*

or any other relief to which petitioner may be entitled.

_N/A_

Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Petition for Writ of Habeas Corpus was placed in the prison mailing system on _May, 18 2026_ (month, date, year).

Executed (signed) on _May 18, 2026_ (date).

Signature of Petitioner

If the person signing is not petitioner, state relationship to petitioner and explain why petitioner is not signing this petition.

_____

_____

_____

_____

PETITION FOR WRIT OF HABEAS CORPUS: 28 USC§2254 (Rev. 9/17)
ADOPTED BY ALL FEDERAL COURTS IN TEXAS

## Petition for Relief From a Conviction or Sentence
## By a Person in State Custody

### (Petition Under 28 U.S.C. § 2254 for a Writ of Habeas Corpus)

### Instructions

1.  To use this form, you must be a person who is currently serving a sentence under a judgment against you in a state court. You are asking for relief from the conviction or the sentence. This form is your petition for relief.

2.  You may also use this form to challenge a state judgment that imposed a sentence to be served in the future, but you must fill in the name of the state where the judgment was entered. If you want to challenge a federal judgment that imposed a sentence to be served in the future, you should file a motion under 28 U.S.C. § 2255 in the federal court that entered the judgment.

3.  Make sure the form is typed or neatly written.

4.  You must tell the truth and sign the form. If you make a false statement of a material fact, you may be prosecuted for perjury.

5.  Answer all the questions. You do not need to cite law. You may submit additional pages if necessary. If you do not fill out the form properly, you will be asked to submit additional or correct information. If you want to submit any legal arguments, you must submit them in a separate memorandum. Be aware that any such memorandum may be subject to page limits set forth in the local rules of the court where you file this petition.

6.  You must pay a fee of $5. If the fee is paid, your petition will be filed. If you cannot pay the fee, you may ask to proceed in forma pauperis (as a poor person). To do that, you must fill out the last page of this form. Also, you must submit a certificate signed by an officer at the institution where you are confined showing the amount of money that the institution is holding for you. If your account exceeds $ _5,00_ , you must pay the filing fee.

7.  In this petition, you may challenge the judgment entered by only one court. If you want to challenge a judgment entered by a different court (either in the same state or in different states), you must file a separate petition.

8.  When you have completed the form, send the original and _0_ copies to the Clerk of the United States District Court at this address:

    **Clerk, United States District Court for**
    **Address**
    **City, State  Zip Code**

    If you want a file-stamped copy of the petition, you must enclose an additional copy of the petition and ask the court to file-stamp it and return it to you.

9.  **CAUTION: You must include in this petition all the grounds for relief from the conviction or sentence that you challenge. And you must state the facts that support each ground. If you fail to set forth all the grounds in this petition, you may be barred from presenting additional grounds at a later date.**

10. **CAPITAL CASES: If you are under a sentence of death, you are entitled to the assistance of counsel and should request the appointment of counsel.**

May 18, 2026

7-26CV-066-0

TO:

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION
ATTN: DISTRICT COURT CLERK
1000 LAMAR ST. ROOM 203
Wichita Falls, TX. 76301

KAREN MITCHELL COURT CLERK:

FROM:

Daniel C. Walsh - 07273970
Pack Unit - TC1-08
2400 Wallace Pack Rd.
Navasota, TX 77868

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

JUN 1 0 2026

CLERK, U.S. DISTRICT COURT
By _____ Deputy

Dear MS. MITCHELL,

Enclosed please find the 2254 WRIT, Memorandum for support of Petitioner's Grounds. I am sending the one copy to be filed. Please send a copy to Respondent Correctional Institutional Div. (C.I.D) ERIC Guerrero at T.D.C.J. I am presently incarcerated at Pack Unit and am indigent, however, my daughter will pay you the $5.⁰⁰ filing fee and below is her information:

Lisa McGee - Phone no. 281-735-3897

Please call her and she will pay by credit/debit card. I will give her your website: Txnd.uscourts.gov. and your Phone number 940-767-1902 as well.

If you have any questions feel free to call her.
Thank you for your time!

Daniel C. Walsh - Petitioner

Daniel Christopher Walsh-02273970 TDCJ#
Pack unit-#C-1-08
Navasota, TX. 77868



UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION
1000 LAMAR STREET, Room 203
WICHITA FALLS, TX
76301

ATTN: MS. KAREN MITCHELL - CLERK
NORTHERN DISTRICT OF TEXAS

LEGAL MAIL





PRIVILEGED OFFENDER MAIL
NOT INSPECTED BY TEXAS
DEPARTMENT OF CRIMINAL
JUSTICE - CORRECTIONAL
INSTITUTIONS DIVISION

LEGAL MAIL